**ALEX LITTLEFIELD, individually and as Sheriff of Volusia County, Florida, v. HARVEY VEINO.**

17 So. (2nd) 552      January Term, 1944

April 11, 1944        Division A

*Walter G. Walker,* for appellant.

*M. S. McGregor,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.